IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| FATIGUE FRACTURE TECHNOLOGY, LLC, | ) ) ) ) | |
| Plaintiff, | ) ) | Case No.: 15-cv-5667 |
| v. | ) ) ) | Judge John Robert Blakey |
| NAVISTAR, INC., | ) ) ) | |
| Defendant. | ) ) | |
| NAVISTAR, INC., | ) ) ) | |
| Counterclaim Plaintiff, | ) ) ) | |
| v. | ) ) ) | |
| FATIGUE FRACTURE TECHNOLOGY, LLC, | ) ) ) ) | |
| Counterclaim Defendant. | ) ) | |

## SCHEDULING ORDER

Further to the Court's June 30, 2016 Order. and at the request of the parties, the Court hereby enters the following Scheduling Order.

1. The parties acknowledge that the requirements of the Local Patent Rules apply to this case. The following is a listing of dates proposed consistent with the LPR:

    a. Fact discovery shall commence on July 28, 2016, pursuant to LPR 1.3.

    b. Plaintiff shall serve Initial Infringement Contentions on Defendant on or before August 11, 2016, pursuant to LPR 2.2.

c. Defendant shall serve Initial Non-Infringement, Unenforceability, and Invalidity Contentions on Plaintiff, and provide its Document Production Accompanying Initial Invalidity Contentions, on or before August 25, 2016, pursuant to LPR 2.3 and 2.4.

d. Plaintiff shall serve Initial Response to Invalidity Contentions on Defendant on or before September 8, 2016, pursuant to LPR 2.5.

e. The parties shall serve Final Infringement, Unenforceability and Invalidity Contentions on the opposing party on or before January 5, 2017, pursuant to LPR 3.1.

f. The parties shall serve Final Non-Infringement, Enforceability and Validity Contentions on the opposing party on or before February 2, 2017, pursuant to LPR 3.2.

g. The parties shall exchange claim terms needing construction and proposed constructions on or before February 16, 2017, and meet and confer by February 23, 2017, to agree upon no more than ten (10) claim terms or phrases to submit for construction by the Court pursuant to LPR 4.1.

h. Defendant shall file its Opening Claim Construction Brief not to exceed twenty-five (25) pages, and the parties shall file a Joint Appendix, by March 23, 2017, pursuant to LPR 4.2(a).

i. Plaintiff shall file its Responsive Claim Construction Brief not to exceed twenty-five (25) pages by April 20, 2017, pursuant to LPR 4.2(c).

j. Defendant shall file its Reply Claim Construction Brief by May 4, 2017, pursuant to LPR 4.2(d).

k. The parties shall file a Joint Claim Construction Chart and a Joint Status Report by May 11, 2017, pursuant to LPR 4.2(f).

l. Initial fact discovery shall be completed by March 16, 2017, and may resume upon entry of a claim construction ruling, ending six weeks after entry of the claim construction ruling pursuant to LPR 1.3.

    m.    Reports from retained experts under Fed. R. Civ. P. 26(a)(2) shall be due:

        (1)    Initial Expert Reports on issues for which a party bears the burden of proof by three (3) weeks after the close of discovery after entry of a claim construction ruling pursuant to LPR 5.1(b).

        (2)    Rebuttal Expert Reports by five (5) weeks after the date for Initial Expert Reports pursuant to LPR 5.1(c).

        (3)    Depositions of expert witnesses shall be completed by five (5) weeks after the date for Rebuttal Expert Reports pursuant to LPR 5.2.

    n.    Dispositive motions shall be filed within four (4) weeks after the scheduled date for the end of expert discovery pursuant to LPR 6.1.

Dated: July 28, 2015                            Entered:

_____
John Robert Blakey
United States District Judge