UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| FATIGUE FRACTURE TECHNOLOGY, LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NAVISTAR, INC.,<br><br>    Defendant. | Case No.: 15-cv-5667<br><br>Judge John Robert Blakey |
| NAVISTAR, INC.,<br><br>    Counter-Plaintiff,<br><br>  v.<br><br>FATIGUE FRACTURE TECHNOLOGY, LLC,<br><br>    Counter-Defendant. | |

**NAVISTAR, INC.'S MOTION TO STRIKE PORTIONS OF**
**PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS**

  Defendant Navistar, Inc. ("Navistar") hereby moves to strike Plaintiff's induced infringement contention and doctrine of equivalents contention. For the reasons set forth in the accompanying Memorandum in Support, the Court should strike these portions of Plaintiff's infringement contentions.

  WHEREFORE, Navistar requests that the Court enter an order striking Plaintiff's induced infringement and doctrine of equivalents contention.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated:  September 12, 2016 | */s/Alejandro Menchaca* |
|  | Thomas J. Wimbiscus |
|  | Troy A. Groetken |
|  | Alejandro Menchaca |
|  | Jesse T. Dyer |
|  | MCANDREWS, HELD & MALLOY, LTD. |
|  | 500 W. Madison Street, 34th Floor |
|  | Chicago, IL  60661 |
|  | Telephone: (312) 775-8000 |
|  | Facsimile:   (312) 775-8100 |
|  | |
|  | *Attorneys for Defendant,* |
|  | *Navistar, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on this 12th day of September, 2016 I have served a copy of **NAVISTAR, INC.'S MOTION TO STRIKE PORTIONS OF PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS** as follows:

**VIA EMAIL DELIVERY:**

William Cory Spence
Jacob Robert Graham
SPENCE, P.C.
540 North LaSalle Street
Chicago, IL 60654
Tel.: (312) 404-8883
william.spench@spencepc.com
jacob.graham@spencepc.com

*Attorneys for Fatigue Fracture Technology, LLC*

*/s/Alejandro Menchaca*