# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FATIGUE FRACTURE TECHNOLOGY, LLC,<br>　　　　　Plaintiff,<br>　　v.<br>NAVISTAR, INC.,<br>　　　　　Defendant.<br>―――――――――――――――<br>NAVISTAR, INC.,<br>　　　　　Counter-Plaintiff,<br>　　v.<br>FATIGUE FRACTURE TECHNOLOGY, LLC,<br>　　　　　Counter-Defendant. | Case No.: 15-cv-5667<br><br>Judge John Robert Blakey |

## NAVISTAR, INC.'S NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS

Please take notice that counsel for Defendant Navistar, Inc. will appear before Honorable Judge John Robert Blakey on Thursday, September 15, 2016, at 9:45 a.m. CST, in Courtroom 1725, Everett McKinley Dirksen United States Courthouse, 219 Dearborn Street, Chicago, Illinois, 60604 and will present its Motion to Strike Portions of Plaintiff's Initial Infringement Contentions, a copy of which was filed and served on Defendant Fatigue Fracture Technology, LLC on September 12, 2016.

Respectfully submitted,

Dated: September 12, 2016
/s/Alejandro Menchaca
Thomas J. Wimbiscus
Troy A. Groetken
Alejandro Menchaca
Jesse T. Dyer
MCANDREWS, HELD & MALLOY, LTD.
500 W. Madison Street, 34th Floor
Chicago, IL 60661
Telephone: (312) 775-8000
Facsimile: (312) 775-8100

*Attorneys for Defendant,*
*Navistar, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 12th day of September, 2016 I have served a copy of **NAVISTAR, INC.'S NOTICE OF MOTION TO STRIKE PORTIONS OF PLAINTIFF'S INITIAL INFRINGEMENT CONTENTIONS** as follows:

**VIA EMAIL DELIVERY:**

William Cory Spence
Jacob Robert Graham
SPENCE, P.C.
540 North LaSalle Street
Chicago, IL 60654
Tel.: (312) 404-8883
william.spench@spencepc.com
jacob.graham@spencepc.com

***Attorneys for Fatigue Fracture Technology, LLC***


                                                          */s/Alejandro Menchaca*