# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| FATIGUE FRACTURE TECHNOLOGY, LLC, <br><br> Plaintiff, <br><br> v. <br><br> NAVISTAR, INC., <br><br> Defendant. | Case No. 15-cv-5667 <br><br> Honorable John Robert Blakey |
| NAVISTAR, INC., <br><br> Counter-Plaintiff, <br><br> v. <br><br> FATIGUE FRACTURE TECHNOLOGY, LLC, <br><br> Counter-Defendant. | |

### NOTICE OF PRESENTMENT OF PLAINTIFF'S MOTION TO AMEND SCHEDULING ORDER EXTENDING DISCOVERY

PLEASE TAKE NOTICE that on Tuesday, February 6, 2017 at 9:45 a.m., counsel for Plaintiff, Fatigue Fracture Technology, LLC, shall appear before Honorable John Robert Blakey in Courtroom 1725, Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604, and present its Motion to Amend Scheduling Order Extending Discovery, a copy of which has been filed and served on Defendant Navistar, Inc. on January 31, 2018.

Dated: January 31, 2018          Respectfully submitted,

                 */s/ Matthew A Werber*
                 William Cory Spence
                 Matthew A Werber
                 Meghan K. Nugent
                 SpencePC
                 405 N. Wabash Ave., Suite P2E
                 Chicago, Illinois 60611
                 312-404-8882
                 William.Spence@spencepc.com
                 Matt.Werber@spencepc.com
                 Meghan.Nugent@spencepc.com
                 *Counsel for Plaintiff*
                 *Fatigue Fracture Technology, LLC*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 31, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing via electronic mail to all counsel of record.

                                                                /s/ Matthew A. Werber